IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-mj-00163-1 |
| v. | |
| Carly Anne Ballard | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

The defendant shall not enter within a five-block radius of the U.S. Courthouse located at 1000 SW 3rd Avenue, Portland, OR 97204, unless on official court business.

Defendant may not attend any other protests, rallies, assemblies or public gatherings in Portland, Oregon.

**And REPLACE with the noted condition:**

The defendant shall not be present within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west.

IT IS SO ORDERED THIS __31__ day of __July__, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**