**JOANNA T. PERINI-ABBOTT**, OSB No. 141394
joanna@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Carly Anne Ballard*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-mj-00163-1 |
| Plaintiff, | WAIVER OF APPEARANCE |
| vs. | |
| CARLY ANNE BALLARD, | |
| Defendant. | |

Defendant, Carly Anne Ballard, through her counsel, Joanna T. Perini-Abbott, hereby knowingly and voluntarily waives her right to be present at a status conference set by the court for December 17, 2020.  Defendant has been advised of her right to be present at this court hearing and understands she will not personally appear on the above date.

Ms. Ballard is currently receiving out-patient mental health and substance abuse treatment. Appearing at the hearing would interfere with her scheduled treatment program for the day.

PAGE 1 – WAIVER OF APPEARANCE

Counsel for Ms. Ballard has conferred with AUSA Parakram Singh who does not object to Ms. Ballard waiving her appearance so she may focus on treatment.

    DATED December 17, 2020.

        Respectfully submitted,

        s/ Joanna T. Perini-Abbott
        **ANGELI LAW GROUP LLC**
        **JOANNA T. PERINI-ABBOTT**
        OSB No. 141394
        *Attorneys for Defendant Carly Anne Ballard*