**JOANNA T. PERINI-ABBOTT**, OSB No. 141394
joanna@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Carly Anne Ballard*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-mj-00163-1 |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| vs. | |
| CARLY ANNE BALLARD, | |
| Defendant. | |

      Defendant Carly Anne Ballard, through her attorney, Joanna Perini-Abbott, moves the Court to enter an Order continuing the arraignment in the above-captioned case, currently set for October 12, 2021, to December 10, 2021, or later. Counsel for Ms. Ballard and AUSA Singh are in active discussions to resolve this case prior to arraignment but require additional time to reach resolution.

      Ms. Ballard is aware of her right to a speedy indictment and a speedy trial and waives those rights.

PAGE 1 – **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

This motion is based on the records of the case.  The government does not oppose this motion.

DATED: October 12, 2021.

                                               Respectfully submitted,

*s/ Joanna T. Perini-Abbott*
**ANGELI LAW GROUP LLC**
**JOANNA T. PERINI-ABBOTT**
OSB No. 141394
*Attorneys for Defendant Carly Anne Ballard*

PAGE 2 – **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**